BALTHAZAR ET UX. *v.* MARI LTD. ET AL.

No. 593.  Decided December 8, 1969

*Marshall Patner* for appellants.

*Maurice P. Raizes* for Mari Ltd. et al., and *Daniel P. Coman, Thomas E. Brannigan,* and *Dean H. Bilton* for Boyle, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

MATHIS *v.* NELSON, WARDEN

No. 620, Misc.  Decided December 8, 1969

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.